**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ramiro ANTUNEZ–PINEDA,**
**Defendant–Appellant.**

**No. 15–12110**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 11, 2016.

Sandra E. Strippoli, John Andrew Horn, Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Colette Resnik Steel, The Steel Law Firm, PC, Atlanta, GA, for Defendant–Appellant.

Before HULL, WILSON and ROSENBAUM, Circuit Judges.

PER CURIAM:

Colette Resnik Steel, appointed counsel for Ramiro Antunez–Pineda, in this direct criminal appeal, as moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Antunez–Pineda's conviction and sentence are **AFFIRMED.**